

# IN THE
# TENTH COURT OF APPEALS

## No. 10-10-00378-CR

**KENTRELL LAMAR FLETCHER,**

                                        **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                        **Appellee**

From the 52nd District Court
Coryell County, Texas
Trial Court No. FAM-09-20084

## MEMORANDUM  OPINION

Kentrell Fletcher pled guilty to aggravated assault, a second-degree felony, and received deferred adjudication community supervision for a period of five years.  The State later moved to adjudicate Fletcher's guilt, alleging four violations of his conditions of community supervision.  Fletcher pled true to all of the allegations.  The trial court found that Fletcher violated the conditions of his community supervision, adjudicated him guilty, and sentenced him to fifteen years' imprisonment.

Fletcher's appointed appellate counsel has filed a motion to withdraw and an *Anders* brief, asserting that he has diligently reviewed the appellate record and that, in his opinion, the appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Fletcher filed a *pro se* response; however, he does not raise any arguable issues. The State did not file a brief. We will affirm.

In an *Anders* case, we must, "after a full examination of all the proceedings, [] decide whether the case is wholly frivolous." *Anders*, 386 U.S. at 744, 87 S.Ct. at 1400; *accord Stafford v. State*, 813 S.W.2d 503, 509-11 (Tex. Crim. App. 1991). An appeal is "wholly frivolous" or "without merit" when it "lacks any basis in law or fact." *McCoy v. Court of Appeals*, 486 U.S. 429, 439 n.10, 108 S.Ct. 1895, 1902 n.10, 100 L.Ed.2d 440 (1988).

We have conducted an independent review of the record, and because we find this appeal to be wholly frivolous, we affirm the judgment. Counsel must send Fletcher a copy of our decision by certified mail, return receipt requested, at Fletcher's last known address. TEX. R. APP. P. 48.4. Counsel must also notify Fletcher of his right to file a *pro se* petition for discretionary review. *Id.*; *see also Ex parte Owens*, 206 S.W.3d 670, 673-74 (Tex. Crim. App. 2006). We grant counsel's motion to withdraw, effective upon counsel's compliance with the aforementioned notification requirement as evidenced by "a letter [to this Court] certifying his compliance." *See* TEX. R. APP. P. 48.4.


REX D. DAVIS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Affirmed
Opinion delivered and filed March 21, 2012
Do not publish
[CR25]